AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

USA

V.

DELIA RUIZ

## EXHIBIT AND WITNESS LIST

Case Number: 2:21-CR-87-Z-BR-(1)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kacsmaryk | Meredith Pinkham | CJ McElroy |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/2/2022 | S. Morrison | V. Shrewsbury |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 6/2/2022 | X | X | Exhibit A - Court admitted character letters received on behalf of defendant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

[New Page]

[Print] [Save As...] [Export as FDF] [Retrieve FDF File] [Reset]